## MAGISTRATE JUDGE CLERK NOTES

Magistrate Judge: Cohen
Courtroom Clerk: MS
Case: USA v. Rosario et al
AUSA: Kevin McGrath
PTSO/PO: George Moriarty

Date: 3/31/04    Time In Court: 30
Tape Number: 
Case Number: 04-mj-1069
Defense Counsel: Page Kelly / Michael Natola
Interpreter: Sylvia Zetterstrand    Language: Spanish

### TYPE OF HEARING

**Initial Appearance** [x]
- [x] Arrested: Date: 3/31/04
- Charging District: 1
- [ ] on warrant    [x] on probable cause
- [x] Defendant Sworn
- [x] Advised of Charges
- [x] Advised of Rights
- [x] Requests Appointment of Counsel
- [ ] Will Retain Counsel
- [ ] Court Orders Counsel be Appointed
- [x] Government Requests Detention & Continuance

**Arraignment** [ ]
- [ ] Defendant Waived Reading of Indictment
- [ ] Defendant Pleads Not Guilty to Counts ___

**Removal Hearing/Rule 40** [ ]
- [ ] Defendant Waives Identity Hearing
- [ ] Defendant Ordered Removed to Charging District. Order to Issue.
- [ ] Defendant Released, Conditions Remain/ Modified/Set
- [ ] Identity Established

**Preliminary Examination (Rule 5 or Rule 32.1)** [ ]
- [ ] Probable Cause Found
- [ ] Identity Established
- [ ] Defendant Waives Identity Hearing
- [ ] Defendant Waives Preliminary Examination

**Detention Hearing** [ ]
- [ ] Defendant Requests a Continuance
- [ ] Defendant Consents to Voluntary Detention
- [ ] Defendant Detained, Order to Issue
- [ ] Defendant Released on ___ with conditions
- [ ] Detention Taken Under Advisement

**Preliminary Probation Revocation Hearing** [ ]
- [ ] Defendant Ordered Detained
- [ ] Defendant Released

**Bail Revocation Hearing** [ ]
- [ ] Bail Revoked, Defendant Ordered Detained
- [ ] Defendant Released, Conditions Remain/Modified
- [ ] Defendant Released on ___ with Conditions

**Miscellaneous Hearings** [ ]
- [ ] Attorney Appointment Hearing
- [ ] Change of Plea (Rule 11) Hearing
- [ ] Material Witness Hearing
- [ ] Motion Hearing
- [ ] Initial Status Conference
- [ ] Interim Status Conference
- [ ] Final Status Conference
- [ ] Other ___

### CONTINUED PROCEEDINGS

Detention Hrg / Probable Cause Hearing/Conference set for 4/8/04 at 2:00

### REMARKS

Dfts are Read Charges + rights. Dfts are sworn + attempted to be questioned by the Court. Questions as to real names arise. Dfts are ordered to fill out financial affs. and a hrg for detention hearing scheduled by JGD session. Dfts returned to the custody of the Marshal.