AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF **Massachusetts**

UNITED STATES OF AMERICA

v.

**Lorenzo Velasquez**

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: **04m-1069-JGD**

I, **Lorenzo Velasquez**, charged in a ☐ complaint ☐ petition pending in this District **Massachusetts** in violation of **21**, U.S.C., **841(a)(1) : 846**,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

_____, A/K/A
Defendant

_____
Counsel for Defendant

**4/13/04**
Date